1903.) In the matter of Eugene P. Clark, an incompetent person.

PER CURIAM. Motion for leave to appeal to the Court of Appeals and to have questions certified denied, without costs. Held, that such leave is unnecessary. See Code Civ. Proc. §§ 190, 2336.

CLARK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division. Second Department. January 23, 1903.) Action by Patrick Clark against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order denied.

CLARK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division. Second Department. February 11, 1903.) Action by Patrick Clark against the Brooklyn Heights Railroad Company.

PER CURIAM. We think this case differs from those relied upon by the attorney for the plaintiff, inasmuch as here there is a clear dissent by one of the members of the court. Motion denied.

CLEMENS, Appellant, v. AMERICAN FIRE INS. CO. OF PHILADELPHIA, PA., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by John Clemens against the American Fire Insurance Company of Philadelphia, Pa. No opinion. Interlocutory judgment affirmed, with costs, on opinion of Williams, J., in same case, reported in 70 App. Div., at page 485, 75 N. Y. Supp. 484, with leave to the plaintiff to serve an amended complaint upon payment of the costs of the demurrer and of this appeal.

CLIFFORD v. YORK et al. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of Robert Clifford against Bernard J. York and others. No opinion. Motion denied, with $10 costs.

CLINTON et al. v. BOECKEL, City Treasurer. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) In the matter of the application of Spencer Clinton and another, as, etc., against Adam Boeckel, treasurer of the city of Buffalo, N. Y.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that it is not intended by this decision to pass upon the question whether the payment of seven-ninths of the total tax involved operates as a release of any portion of the premises assessed from the lien of the unpaid balance of the tax.

COAD et al., Appellants, v. STOKES, Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Charles Coad and another, Administrators, against John C. Stokes, impleaded, etc. W. H. Knox, for appellants. A. C. Cass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN v. NEW YORK ELECTRIC VEHICLE CO. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Lewis A. Cohen against the New York Electric Vehicle Company. No opinion. Judgment affirmed, with costs.

COHEN, Appellant, v. STEELE, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Morris Cohen against Sanford H. Steele, as executor. J. N. Miller, for appellant. C. H. Otis, for respondent. No opinion. Judgment affirmed, with costs.

In re COLEMAN. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) In the matter of the petition of Denis Coleman for leave to issue execution and sell certain real property. No opinion. Leave to appeal to the Court of Appeals granted. Questions to be certified to be settled on notice before Mr. Justice WILLARD BARTLETT.

COLEMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Harriet Coleman against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

COMSTOCK, Respondent, v. GOFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by John K. Comstock against Henry H. Goff. No opinion. Judgment and order affirmed, with costs.

CONGER, Respondent, v. CONGER, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Clarence R. Conger, as trustee, against Theodore H. Conger, impleaded. J. E. Bullen, for appellant. A. F. Hayes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COON, Appellant, v. LEFEVER, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Casper Coon against Newton Lefever. No opinion. Judgment unanimously affirmed, with costs.

COX, Respondent, v. BOUVIER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Charles S. Cox against Michel C. Bouvier and another. J. V. Bouvier, Jr., for appellants. C. W. Wendell, for respondent. No opinion. Judgment and order affirmed, with costs.

CRANDALL & GODLEY CO., Respondent, v. EDDY CONFECTIONERY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by the Crandall & Godley Company against the Eddy Confectionery Company. W. McConihe, for appellant. H. W. Sykes, for re-